IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LEAURENZA EDWARDS,

    Plaintiff,

vs.                    CASE NO. 5:11-cv-300/RS-CJK

UNITED STATES,

    Defendant.
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 10) and Plaintiff's Objections (Doc. 13). I have considered Plaintiff's objections *de novo*.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This action is **DISMISSED with prejudice** as frivolous, pursuant to 28 U.S.C. § 1915(2)(2)(B)(i).

3. The clerk is directed to close the file.

**ORDERED** on December 13, 2011.

                                               /S/ Richard Smoak
                                               **RICHARD SMOAK**
                                               **UNITED STATES DISTRICT JUDGE**